## Benjamin N. Brown, Trustee, Appellee, and United States of America, Intervening Petitioner, v. Max McGraw et al., Appellants.

Gen. No. 43,774.

opinion filed June 20, 1949; released for publication July 18, 1949. Chapman & Cutler, for appellants; Perry M. Chadwick, of counsel; Albert J. Woll, for certain

appellee; Joseph M. Solon, of counsel; Nelson, Boodell & Grant, for certain other appellee; Thomas P. Grant and J. E. Porter, of counsel. Opinion by Justice Niemeyer. **Not to be published in full.**